**FILED**
**OCTOBER 31, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6145**

| | |
|---|---|
| GEORGE HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JUDGE DARRAH** |
| MOUNT SINAI HOSPITAL MEDICAL | ) **MAGISTRATE JUDGE MASON** |
| CENTER and STUART KIKEN, M.D., | ) |
| | ) |
| Defendants. | ) Formerly Case No. 06-L-010603, Circuit |
| | ) Court of Cook County, Illinois |
| and | ) |
| | ) |
| JOHNNIE LEWIS, D.P.M. and NADIRA | ) |
| ALIKHAN, M.D., | ) |
| | ) |
| Respondents in Discovery. | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on October 31, 2007, the UNITED STATES, by its attorney, PATRICK J. FITGERALD, United States Attorney for the Northern District of Illinois, filed a Notice of Removal of a Civil Action in the above entitled action, a copy of which is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Harpreet K. Chahal
 HARPREET K.CHAHAL
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-1996