UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HILL,<br><br>       Plaintiff,<br><br>    v.<br><br>MOUNT SINAI HOSPITAL MEDICAL CENTER and STUART KIKEN, M.D.,<br><br>       Defendants.<br><br>and<br><br>JOHNNIE LEWIS, D.P.M. and NADIRA ALIKHAN, M.D.,<br><br>       Respondents in Discovery. | 07 C 6145<br><br>Judge Darrah<br><br><br>Formerly Case No. 06-L-010603,<br>Circuit Court of Cook County, Illinois |

## NOTICE OF MOTION

To: Counsel of Record

       PLEASE TAKE NOTICE that on Tuesday, November 13, 2007 at 9:00 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **UNITED STATES' MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** at which time and place you may appear, if you see fit.

                                                                        Respectfully submitted,

                                                                        PATRICK J. FITZGERALD
                                                                        United States Attorney

                                                                        By: s/ Harpreet K. Chahal
                                                                              HARPREET K. CHAHAL
                                                                              Assistant United States Attorney
                                                                              219 South Dearborn Street
                                                                              Chicago, Illinois 60604
                                                                              (312) 353-1996

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**NOTICE OF MOTION**

**UNITED STATES' MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

were served on November 7, 2007, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

Matthew I. Baker
Clifford Law Offices, P.C.
120 North LaSalle Street
31st Floor
Chicago, IL 60602

                                        s/ Harpreet K. Chahal
                                        HARPREET K. CHAHAL
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 353-1996