# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

George Hill

                           Plaintiff,

v.                                      Case No.: 1:07−cv−06145
                                      Honorable John W. Darrah

Mount Sinai Hospital Medical Center, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2007:

      MINUTE entry before Judge John W. Darrah :Defendant's motion to dismiss for failure to exhaust administrative remedies [3] is entered and continued to 11/27/07 at 9:00 a.m. Mailed notice. (maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.