UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE HILL,<br><br>  Plaintiff,<br><br> v.<br><br>MOUNT SINAI HOSPITAL MEDICAL CENTER and STUART KIKEN, M.D.[1],<br><br>  Defendants.<br><br>and<br><br>JOHNNIE LEWIS, D.P.M. and NADIRA ALIKHAN, M.D.,<br><br>  Respondents in Discovery. | No. 07 C 6145<br><br>Judge Darrah |

## STIPULATION OF DISMISSAL

Plaintiff, George Hill, by his attorney, Matthew Baker, and the United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby stipulate to the dismissal of this action against the United States without prejudice and without costs pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

---

[1] Pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679, the United States was substituted as the sole federal defendant in place of defendant Stuart Kiken, M.D.

For the Plaintiff

By: _____
MATTHEW BAKER
Sandman, Levy and Petrich
134 North LaSalle Street, 9th Floor
Chicago, Illinois 60602
(312) 726-1692

Respectfully submitted,

For the United States of America

PATRICK J. FITZGERALD
United States Attorney

By: _____
HARPREET K. CHAHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1996