## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6145 | **DATE** | 12/5/2007 |
| **CASE TITLE** | Greg Hill vs. Mount Sinai Hospital Medical Center | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand this case to State Court is granted. The clerk is directed to remand this case, forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|