# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

| | | |
|---|---|---|
| Michael W. Dobbins, Clerk | December 6, 2007 | Office of the Clerk |

Patricia O'Brian
Chief Deputy Clerk
Civil Appeals Division
Richard J. Daley Center, Rm. 801
Chicago IL  60602


RE:     Greg Hill v. Mount Sinai Hospital Medical Center et al

USDC No:  07 C 6145 - John W. Darrah

Other Court No: 06 L 010603


Dear Ms. O'Brian:

A certified copy of an order entered on December 5, 2007   by the Honorable John W. Darrah remanding the above-entitled case back to the Circuit Court of Cook  County  is herewith transmitted to you for your files.


                                          Sincerely yours,

                                          Michael W. Dobbins, Clerk

                                          By: s/ Haydee Pawlowski
                                                    Deputy Clerk


Enclosure(s)

Copy to attorneys of record